GEORGE B. ABBOTT, as Administrator, etc., Appellant *v.* MARGARET J. THOMAS, as Executrix, etc., et al., Appellants.

(Argued November 25, 1889; decided December 10, 1889.)

APPEAL from an order of the General Term of the Supreme Court in the second judicial department, made June 28, 1889, which affirmed an order of Special Term, denying a motion to resettle a case on appeal.

*Edward B. Whiting* for appellant.

*Cephas Brainerd, Jr.,* for respondent.

Agree to dismiss ; no opinion.
All concur.
Appeal dismissed.